FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE YOUNG, individually<br><br>Plaintiff,<br><br>v.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | NO: 2:18-CV-031-RMP<br><br>ORDER ENTERING STAY PENDING PARTIAL SUMMARY JUDGMENT MOTIONS |

For the reasons discussed on the record at the oral argument hearing on December 18, 2018, the resolution of Defendant's pending motion to dismiss, ECF No. 54, and Plaintiff's motion to compel, ECF No. 66, and upcoming pretrial deadlines are **STAYED** until the Court resolves the anticipated motion(s) for partial summary judgment.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** December 18, 2018.

                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    United States District Judge

ORDER ENTERING STAY PENDING PARTIAL SUMMARY JUDGMENT MOTIONS ~ 1