Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., STE 100
Seattle, WA 98109
P: 206-467-5444 F: 206-467-5544
tlether@letherlaw.com
eneal@letherlaw.com

HON. ROSANNA MALOUF PETERSON

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| DIANE YOUNG, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 2:18-cv-00031-RMP<br><br>**DEFENDANT'S DESIGNATION OF SUPPLEMENTAL AUTHORITY** |

Defendant, The Standard Fire Insurance Company, submits the following Designation of Supplemental Authority to inform the Court, pursuant to its request, of the cite for a case Defendant raised based on new issues raised during Oral argument on the currently pending Cross-Motions for Partial Summary Judgment:

- The cite was to *Nat'l Sur. Corp. v. Immunex Corp.*, 176 Wn.2d 872, 297 P.3d 688, 2013 Wash. LEXIS 155, 2013 WL 865459 (holding that an insurer is not entitled to reimbursement of defense costs paid even when there is a subsequent finding of no coverage and duty to defend).

DATED this 14th day of August, 2019.

                                        LETHER & ASSOCIATES, PLLC

                                        */s/ Thomas Lether*
                                        */s/ Eric J. Neal*
                                        Thomas Lether, WSBA # 18089
                                        Eric J. Neal, WSBA # 31863
                                        1848 Westlake Ave N., Suite 100
                                        Seattle, WA 98109
                                        P: (206) 467-5444/F: (206) 467-5544
                                        tlether@letherlaw.com
                                        eneal@letherlaw.com
                                        *Counsel for Defendant The Standard Fire Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certify under the penalty of perjury under the laws of the United States of America that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the following parties:

JJ Thompson, WSBA No.40462
Armitage & Thompson, PLLC
220 W. Main Avenue
Spokane, Washington 99201
(509) 252-5048
jjt@law-wa.com

and

Darrell L. Cochran, WSBA No. 22851
Loren Cochran, WSBA No. 32773
Christopher Love, WSBA No. 42832
Pfau Cochran Vertetis Amala, PLLC
911 Pacific Ave., Suite 200
Tacoma, WA 98402
(253) 777-0799
darrell@pcvalaw.com
loren@pcvalaw.com
chris@pcvalaw.com
*Counsel for Plaintiff*

Mark L. Hanover
Dentons US LLP
D +1 312 876 3145
mark.hanover@dentons.com

**By:**    [X] ECF

Dated this 14th day of August, 2019, at Seattle, Washington.

*/s/ Elizabeth Kruh*
Elizabeth Kruh, Paralegal