# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DIANE YOUNG, individually, <br> *Plaintiff* <br> v. <br> THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company, <br> *Defendant* | ) ) ) ) ) <br> Civil Action No.  2:18-CV-31-RMP |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2020

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendant's Motion for Partial Summary Judgment (ECF No. 121) is GRANTED. Judgment is entered for Defendant on Plaintiff's IFCA, injunctive relief, and intentional infliction of emotional distress, or outrage, claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  ROSANNA MALOUF PETERSON  on a motion for Partial Summary Judgment (ECF No. 121)

Date:  06/12/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates