AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 19, 2021**

SEAN F. McAVOY, CLERK

DIANE YOUNG, individually,

*Plaintiff*

v.

THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,

*Defendant*

Civil Action No. 2:18-CV-00031-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Diane Young recover from the defendant *(name)* The Standard Fire Insurance Compnay the amount of Twenty-Five Thousand dollars ($ 25,000.00 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.08 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Rosanna Malouf Peterson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 08/19/2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb