# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DIANE YOUNG,<br><br>        Plaintiff,<br><br>vs.<br><br>THE STANDARD FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>        Defendant. | NO. 2:18-CV-00031-RMP<br><br>**FULL SATISFACTION OF JUDGMENT**<br>(Clerk's Action Required) |

Pursuant to RCW 4.56.100, the undersigned attorney of record for plaintiff hereby acknowledges that the judgment entered in this matter on January 3, 2023 in favor of plaintiff Diane Young against The Standard Fire Insurance Company in the amount of $25,000 has been fully satisfied and the Clerk is requested to note the same in the execution docket.

SATISFACTION OF JUDGMENT
1 of 5

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

Dated this 15th day of May, 2023.

          PFAU COCHRAN VERTETIS AMALA PLLC

          By: /s/ Darrell L. Cochran
          Darrell L. Cochran, WSBA No. 22851
          Kevin M. Hastings, WSBA No. 42316
          Christopher E. Love, WSBA No. 42832
          Alexander G. Dietz, WSBA No. 54842
          Attorneys for Plaintiff

          ARMITAGE & THOMPSON, PLLC

          By: /s/ J.J. Thompson
          J.J. Thompson, WSBA No. 40462
          Attorney for Plaintiff

SATISFACTION OF JUDGMENT
2 of 5

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## ACKNOWLEDGMENT

State of Washington       }
                          }  ss.
County of Pierce          }

On this day personally appeared before me Darrell L. Cochran to me known to be the individual, or individuals described in and who executed the within and foregoing instrument, and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

Given under my hand and official seal this 15 day of May, 2023

_____

Notary Public in and for the state of Washington, residing at Tacoma, WA.



SATISFACTION OF JUDGMENT
3 of 5

**PFAU COCHRAN VERTETIS AMALA**
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, **Sarah Awes**, hereby declare under penalty of perjury under the laws of the State of Washington that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I served the foregoing via **ECF** Process Service to the following individuals:

>Thomas Lether
>Eric Neal
>Lether & Associates PLLC
>1848 West Lake Avenue North, Suite 100
>Seattle, WA 98109
>Attorneys for Defendant

>JJ Thompson
>ARMITAGE & THOMPSON, PLLC
>220 W. Main Avenue
>Spokane, WA 99201
>Attorney for Plaintiff

SATISFACTION OF JUDGMENT
4 of 5

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

1
2      DATED this 15th day of May, 2023.
3
4                              /s/ Sarah Awes
                               Sarah Awes
5                              Legal Assistant
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   SATISFACTION OF JUDGMENT
     5 of 5

PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654